

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

March 28, 2008

USDC for the Western District of Missouri
Western Division at Kansas City
Charles Evans Whittaker Courthouse
400 E. 9th Street
Kansas City, Missouri 64106

**Re: MDL No. 1869 —In Re: RAIL FREIGHT FUEL SURCHARGE ANTITRUST**
**LITIGATION**

STERLING STEEL CO., LLC v. UNION PACIFIC RAILROAD, et al.
   Your Case Number: C.A. No. 4:08-122    Our Case Number: CA No. 1-08-539 PLF

Dear Clerk of Court:

Enclosed please find a certified copy of the Conditional Transfer Order (CTO-1)
of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring
the above case to the United States District Court for the District of Columbia.

At your earliest convenience, please forward the case files and docket sheets as
PDF documents attached to an email addressed to:<u>katherine_Snuffer@dcd.uscurts.gov</u>
**Please make reference to our new case number in your transmittal letter.**

Sincerely,

Katherine Snuffer, Deputy Clerk
(202) 354-3183

Enclosures

cc: Judge Paul F. Friedman
     Judicial Panel on Multidistrict Litigation